```
BENJAMIN B. WAGNER
United States Attorney
CHRIS CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-mj-00205-KJN |
| Plaintiff, | ORDER VACATING COURT TRIAL AND SETTING CHANGE OF PLEA AND SENTENCING |
| v. | |
| JENNIFER M. RICHARDSON, | Date: October 15, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Kendall J. Newman |
| Defendant. | |

It is hereby ordered that the court trial set for October 15, 2012 at 9:00 a.m. is VACATED. It is further ordered that a change of plea and sentencing is set for October 31, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 4, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE