BENJAMIN B. WAGNER
United States Attorney
CHRIS CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-mj-00205-KJN |
| Plaintiff, | ORDER CONTINUING CHANGE OF PLEA |
| v. | Date: October 31, 2012 |
| JENNIFER M. RICHARDSON, | Time: 9:00 a.m. |
| | Judge: Hon. Kendall J. Newman |
| Defendant. | |

It is hereby ordered that the change of plea set for October 31, 2012, at 9:00 a.m., be continued to November 14, 2012, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  October 26, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE